

**Complete Claim Solutions, LLC**
*Class Action, Antitrust and Consumer Claims Administration*

5210 Hood Rd, Palm Beach Gardens, FL 33418
561.651.7777 • Fax: 561.651.7788

535 Broadhollow Road, Suite B1, Melville, NY 11747
631.439.0065 • Fax: 631.439.0072

Tax I.D. No.: 16-1754743

www.CompleteClaimSolutions.com

Invoice No. **NY BAR/BRI 0002**
Reference: **8146/27-8274**

January 28, 2008

Roy A Katriel, Esq.
The Katriel Law Firm
1101 30th Street, NW
Suite 500
Washington, DC 20007

### Invoice for Park BAR/BRI Settlement
### For Professional Fees and Expenses from Inception through December 31, 2007

*Professional Fees:*
Project Setup: design & coordinate printing and initial mailing of Notice Packet and Claim Form; Training: procedure development for mail processing and telephone representatives; Technical Consulting: set up database for receipt of data and claimant inquiries; Website Design; Financial/Administrative; Project Management: oversight of set up, data intake and initial mailing; communication and correspondence with Counsel. (Attachment A)

| | |
|---|---:|
| ***Total Professional Fees:*** | $11,686.00 |

*Expenses:*

| | | |
|---|---:|---:|
| Website Development and Maintenance | $3,800.00 | |
| Develop Class Intake List | 4,000.00 | |
| ***Total Expenses:*** | | $7,800.00 |
| **Total Invoice NY BAR/BRI 0002:** | | **$19,486.00** |
| Outstanding NY BAR/BRI Invoice 0001: | | $183,711.14 |
| **Total Amount Due:** | | **$203,197.14** |

**Wiring Instructions:**
Bank Name: Bank of America
Account Name: Complete Claim Solutions, LLC
        5210 Hood Road
        Palm Beach Gardens, FL  33418
Account Number: 488000402291
ABA: 026009593

## Professional Fees
## Invoice No. NY BAR/BRI 0002
### For Professional Fees and Expenses from Inception through December 31, 2007

|  | Amount |
|---|---:|
| NY BarBri 00:Project Setup | $8,903.50 |
| NY BarBri 01:Notification/Dissemination | 160.00 |
| NY BarBri 06:Project Management | 680.00 |
| NY BarBri 07:Technical Consulting | 866.50 |
| NY BarBri 12:Telephone Training | 130.00 |
| NY BarBri 14:Telephone Support | 521.00 |
| NY BarBri 20:Quality Assurance | 70.00 |
| NY BarBri 21:Return Mail Processing | 15.00 |
| NY BarBri 70:Financial/Administrative | 340.00 |
|  | **$11,686.00** |

Inv#    278274
Date    Jan 28, 2008
Client Number 8146


Roy A. Katriel, Esq.
The Katriel Lae Firm, PLLC
1101 30th St. NW
Washington, DC 20007


Re:   NY BarBri - Project Setup                                814600

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 130.00 | 1.00 | 130.00 |
| Charlene Young | CY | 160.00 | 16.00 | 2,560.00 |
| Dennis Johnson | DHJ | 130.00 | 2.20 | 286.00 |
| Jack Amann | JA | 140.00 | 4.75 | 665.00 |
| Rick Sartory | RS | 160.00 | 7.25 | 1,160.00 |
| Sandra Feriancek | SJF | 130.00 | 0.75 | 97.50 |
| Tonette Fiaschi | TF | 140.00 | 17.00 | 2,380.00 |
| Virginia Ponzini | VP | 100.00 | 16.25 | 1,625.00 |

Total Fees:                                                    8,903.50




Total Services                                                 8,903.50




Total Expenses                                                      .00
                                                         ----------------

Total This Matter                                              8,903.50
                                                         ----------------

Inv# 278274
Date Jan 28, 2008
Client Number 8146

Re: NY BarBri - Notification/Dissemination          814601

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Rick Sartory | RS | 160.00 | 1.00 | 160.00 |

Total Fees:                                          160.00

Total Services                                       160.00

Total Expenses                                          .00
                                              ----------------
Total This Matter                                    160.00
                                              ----------------

```
                                      Inv#    278274
                                      Date    Jan 28, 2008
                                      Client Number 8146
```

Re:   NY BarBri - Project Management                       814606

For Professional Services Rendered:

| TIMEKEEPER   |    | RATE   | HOURS | FEES   |
|--------------|----|--------|-------|--------|
| Rick Sartory | RS | 160.00 | 4.25  | 680.00 |

Total Fees:                                                680.00


Total Services                                             680.00


Total Expenses                                                .00
                                                      ----------------

Total This Matter                                          680.00
                                                      ----------------

Inv#      278274
Date      Jan 28, 2008
Client Number 8146


Re:   NY BarBri - Technical Consulting                    814607

For Professional Services Rendered:

| TIMEKEEPER       |     | RATE   | HOURS | FEES   |
|------------------|-----|--------|-------|--------|
| Peter Hesse      | PH  | 180.00 | 2.00  | 360.00 |
| Sandra Feriancek | SJF | 130.00 | 1.75  | 227.50 |
| Troy Pettis      | TP  | 180.00 | 1.55  | 279.00 |

Total Fees:                                                866.50




Total Services                                             866.50




Total Expenses                                                .00
                                                    ----------------

Total This Matter                                          866.50
                                                    ----------------

```
                                    Inv#    278274
                                    Date    Jan 28, 2008
                                    Client Number 8146
```

Re:   NY BarBri - Telephone Training               814612

For Professional Services Rendered:

| TIMEKEEPER  |    | RATE   | HOURS | FEES   |
|-------------|----|--------|-------|--------|
| Liz Daniels | LD | 130.00 | 1.00  | 130.00 |

Total Fees:                                        130.00


Total Services                                     130.00


Total Expenses                                        .00
                                              ----------------

Total This Matter                                  130.00
                                              ----------------

```
                                        Inv#    278274
                                        Date    Jan 28, 2008
                                        Client Number 8146
```

Re:   NY BarBri - Telephone Support                      814614

For Professional Services Rendered:

| TIMEKEEPER  |     | RATE   | HOURS | FEES   |
|-------------|-----|--------|-------|--------|
| CSR    240  | 240 | 40.00  | 8.15  | 326.00 |
| Liz Daniels | LD  | 130.00 | 1.50  | 195.00 |

Total Fees:                                              521.00

Total Services                                           521.00

Total Expenses                                              .00
                                              ----------------

Total This Matter                                        521.00
                                              ----------------

```
                                        Inv#    278274
                                        Date    Jan 28, 2008
                                        Client Number 8146
```

Re:   NY BarBri - Quality Assurance                      814620

For Professional Services Rendered:

```
    TIMEKEEPER              RATE        HOURS           FEES
    Justin Honse      JH    140.00      0.50            70.00
```

Total Fees:                                             70.00



Total Services                                          70.00



Total Expenses                                            .00
                                                 ----------------

Total This Matter                                       70.00
                                                 ----------------

```
                                        Inv#    278274
                                        Date    Jan 28, 2008
                                        Client Number 8146
```

Re:   NY BarBri - Return Mail Processing              814621

For Professional Services Rendered:

| TIMEKEEPER    |    | RATE  | HOURS | FEES  |
|---------------|----|-------|-------|-------|
| David Shepard | DS | 60.00 | 0.25  | 15.00 |

Total Fees:                                           15.00

Total Services                                        15.00

Total Expenses                                          .00
                                                    ----------------

Total This Matter                                     15.00
                                                    ----------------

```
                                        Inv#    278274
                                        Date    Jan 28, 2008
                                        Client Number 8146
```

Re:  NY BarBri - Financial/Administrative                  814670

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Douglas Darsow | DD | 100.00 | 1.00 | 100.00 |
| Elizabeth Nelson-Cook | EN | 140.00 | 1.00 | 140.00 |
| Virginia Ponzini | VP | 100.00 | 1.00 | 100.00 |

Total Fees:                                                340.00



Total Services                                             340.00



Total Expenses                                                .00
                                                    ----------------

Total This Matter                                          340.00
                                                    ----------------